UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN THOMAS BAILEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-0293-UNA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On February 13, 2015, due to electronic case opening, the above-numbered case was opened incorrectly. Therefore, this case will be administratively closed.

Case No. 4:15-CV-0193 UNA is hereby administratively closed. The new case number is 4:15-CV-0304 CEJ.

Dated this 17th day of February, 2015.

   /s/ Katie Spurgeon, Deputy in Charge
**Gregory J. Linhares**
**Clerk of Court**